USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**T.B., individually and on behalf of A.J., a student with a disability,**

**Plaintiff,**

**-against-**

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

**Defendant.**

**-----------------------------------------------------------------X**

**26-CV-03372 (JMF)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 18, 2026, in response to the parties' notice of settlement, the Court directed the parties to file a joint status letter or a stipulation of dismissal by Friday, October 23, 2026. ECF No. 12. The deadline has passed and the parties have not filed anything further.

The parties are ORDERED to file a joint status letter regarding settlement or a stipulation of dismissal with the Court on or before Friday, October 30, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 27, 2026
New York, New York